Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff:
SUZANNE NA PIER

Steven M. Gluck (State Bar No. 80097)
**LAW OFFICES OF STEVEN M. GLUCK**
9701 Wilshire Blvd., Ste 1000
Beverly Hills, CA 90212
Office: 818-267-4718

Attorneys for Defendant:
BROMLEY FOODS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BROMLEY FOODS, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:19-cv-02472-DOC-ADS<br><br>Hon. David O. Carter<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: December 20, 2019<br>Trial Date: None Set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

---

JOINT NOTICE OF SETTLEMENT

1

Plaintiff, SUZANNE NA PIER, and Defendant, BROMLEY FOODS, INC. (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: January 27, 2020   **MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr. Esq.*
Joseph R. Manning, Jr., Esq.
Attorneys for Plaintiff,
Suzanne Na Pier

Dated: January 27, 2020   **LAW OFFICES OF STEVEN M. GLUCK**

By: /s/ *Steven M. Gluck*
Steven M. Gluck
Attorney for Defendant,
Bromley Foods, Inc.

### CERTIFICATE OF SERVICE

I certify that on January 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: January 27, 2020   **MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr. Esq.*
Joseph R. Manning, Jr., Esq.
Attorneys for Plaintiff
Suzanne Na Pier